**City of Chicago, appellee, v. P. J. Burns, appellant. Gen. No. 24,028.**

Conviction for maintaining common gambling house in violation of Chicago Code. Appeal from the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in the Branch Ap-

pellate Court at the March term, 1918. Reversed and remanded. Opinion filed December 4, 1918.

Edward H. Morris, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.